U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Roscoe McMillan

Indictment/Information

**1:23-CR-0309**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

J. Russell Phillips
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

**ISSUED AND DELIVERED TO U.S. MARSHAL**
11-5-2024
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94